Matthew L. Lalli (6405)
Tyson J. Prisbrey (17428)
SNELL & WILMER, LLP
15 West South Temple, Suite 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
Email: mlalli@swlaw.com
       tprisbrey@swlaw.com

*Attorneys for Defendants Auto Meter Products, Inc., and Amei Holdings, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DASHLOGIC, INC, a Utah corporation,  Plaintiff,  vs.  AUTO METER PRODUCTS, INC., an Illinois corporation; and AMEI HOLDINGS, INC, a Delaware corporation,  Defendants. | **NOTICE OF REMOVAL**  Civil No. 2:25-cv-00873  Judge |

Defendants' Auto Meter Products, Inc., and AMEI Holdings, Inc. (collectively "**Defendants**"), by and through Counsel, file this Notice of Removal of this action from the Business and Chancery Court, in and for the State of Utah, wherein it is now pending as Case No. 250200065, to United States District Court for the District of Utah. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. In support of hereof, Defendants hereby state the following:

4929-5294-6030

## STATE COURT PROCEEDINGS

1. Plaintiff, DashLogic, Inc. ("**DashLogic**") filed its initial complaint in the Business and Chancery Court for the State of Utah, entitled *DashLogic Inc. vs. Auto Meter Products Inc., et al.*, Case No. 250200065 (the "**State Court Action**").

2. DashLogic filed the initial complaint on August 24, 2025 ("**Complaint**", attached hereto as **Exhibit A**).

3. No further pleadings have been filed, and no proceedings have yet occurred in the Business and Chancery Court Action. (*See* State Court Docket, attached hereto as **Exhibit B**.)

4. Removal to this District is proper because this District embraces the place in which the removed action has been pending, *i.e.,* the Business and Chancery Court in and for the State of Utah. (*See* 28 U.S.C. §§ 1441(a), 1446(a).)

## FEDERAL QUESTION JURISDICTION

5. Federal question jurisdiction is apparent from the face of DashLogic's Complaint which alleges a federal cause of action for patent infringement. (*See* Ex. A, at 19-20.)

6. The Court has original jurisdiction over the claims arising under federal law, which includes laws granting and enforcing patent rights, pursuant to 28 U.S.C. § 1331.

## DIVERSITY JURISDICTION

7. Defendants' also base its removal on diversity jurisdiction pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

8. Removal of this action is proper under 28 U.S.C. §§ 1441. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) as it is a civil action between citizens

of different states in which the amount-in-controversy exceeds the sum of $75,000, exclusive of interests and costs.

9. DashLogic alleges it is a Utah corporation with its principal place of business in Utah County, Utah. (*See* Ex. A, ¶ 1.)

10. For the purposes of diversity jurisdiction, a corporation is determined to be a citizen of any state in which it is incorporated and the state where it has its principal place of business. (*See* 28 U.S.C. § 1332(c).)

11. DashLogic is therefore a citizen of the State of Utah.

12. Defendant Auto Meter Products, Inc. is a corporation organized and existing under the laws of the State of Illinois, with its principal place of business in Illinois, and Defendant AMEI Holdings, Inc. is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Illinois.

13. For the purposes of diversity jurisdiction, Defendant Auto Meter Products, Inc. is a citizen of the State of Illinois and Defendant AMEI Holdings, Inc. is a citizen of both the State of Delaware and the State of Illinois. (*See* 28 U.S.C. § 1332(c).)

14. In this action, DashLogic seeks damages it expects to be no less than the principal amount of $5,000,000. (*See* Ex. A, Prayer for Relief, ¶ 3.)

15. The amount in controversy therefore exceeds $75,000.

16. This case is removable because the parties are completely diverse, and the amount in controversy exceeds $75,000. (*See* 28 U.S.C. §§ 1332, 1441, and 1446.)

4929-5294-6030

17. Pursuant to 28 U.S.C. § 1446(d), written notice of filing of this Notice of Removal will be given to DashLogic, and a true and correct copy of this Notice of Removal will be filed with the Business and Chancery Court, Utah, promptly after filing of same in this Court.

WHEREFORE, Defendants, requests that the above-described action be removed to this Court.

DATED: September 30, 2025.

SNELL & WILMER L.L.P.

*/s/ Matthew L. Lalli*
Matthew L. Lalli
Tyson J. Prisbrey
*Attorneys for Defendants*

4929-5294-6030

## CERTIFICATE OF SERVICE

This is to certify that on this date, I have served a copy of the foregoing **NOTICE OF REMOVAL** upon counsel of record by using the Court's CM/ECF system, which sent notification of such filing to the parties registered with the electronic filing system.

DATED: September 30, 2025

*/s/ Megan Shears*